08 CV 4888

JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

BMG MUSIC, a New York general partnership;
ARISTA RECORDS LLC, a Delaware limited
liability company; ATLANTIC RECORDING
CORPORATION, a Delaware corporation;
CAPITOL RECORDS, LLC, a Delaware limited
liability company; ELEKTRA
ENTERTAINMENT GROUP INC., a Delaware
corporation; INTERSCOPE RECORDS, a
California general partnership; LAFACE
RECORDS LLC, a Delaware limited liability
company; LAVA RECORDS LLC, a Delaware
limited liability company; MOTOWN RECORD
COMPANY, L.P., a California limited
partnership; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a
Delaware corporation; VIRGIN RECORDS
AMERICA, INC., a California corporation;
WARNER BROS. RECORDS INC., a Delaware
corporation; and ZOMBA RECORDING LLC, a
Delaware limited liability company,

                Plaintiffs,

        -against-

DOES 1 - 13,

                Defendants.

---------------------------------------------------------- x

Civil Action No.:



RECEIVED
MAY 2 8 2008
U.S.D.C. S.D. N.Y.
CASHIERS

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

       Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

       1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

       2.    This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.    Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.    On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

**PARTIES**

4.    Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

5.    Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.    Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.    Plaintiff Capitol Records, LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

2

8.      Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.      Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

10.     Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11.     Plaintiff Lava Records LLC, a limited liability company, is a joint venture between Atlantic Recording Corporation and Diamond Music LLC, and is duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.     Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

13.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

14.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

15.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

3

16.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

17.     Plaintiff ZOMBA RECORDING LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

18.     The true names and capacities of Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

19.     Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

### COUNT I
### INFRINGEMENT OF COPYRIGHTS

20.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

21.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain

4

copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

22.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

23.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are

5

ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

24.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

25.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

26.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

27.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in

the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       May 28, 2008

By: _____

Brian E. Moran (BM-8573)
Victor B. Kao (VK-6967)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Fax: (212) 451-2999

7

# Exhibit A

## EXHIBIT A DOE LIST

| | |
|---|---|
| **Doe # 1** | **IP Address:** 160.39.111.182 2008-02-08 22:33:04 EST<br>**Case ID:** 158509561 |
| **Doe # 2** | **IP Address:** 160.39.115.9 2008-02-19 11:31:13 EST<br>**Case ID:** 159734424 |
| **Doe # 3** | **IP Address:** 160.39.137.81 2008-02-23 22:39:06 EST<br>**Case ID:** 160230755 |
| **Doe # 4** | **IP Address:** 160.39.138.154 2008-03-17 03:25:57 EDT<br>**Case ID:** 162856713 |
| **Doe # 5** | **IP Address:** 160.39.139.192 2008-03-14 08:38:45 EDT<br>**Case ID:** 162506709 |
| **Doe # 6** | **IP Address:** 160.39.176.156 2008-03-14 22:00:09 EDT<br>**Case ID:** 162579725 |
| **Doe # 7** | **IP Address:** 160.39.180.169 2008-02-08 00:44:29 EST<br>**Case ID:** 158423778 |
| **Doe # 8** | **IP Address:** 160.39.225.250 2008-03-09 12:15:59 EDT<br>**Case ID:** 161899128 |
| **Doe # 9** | **IP Address:** 160.39.242.59 2008-03-25 02:18:08 EDT<br>**Case ID:** 163823385 |
| **Doe # 10** | **IP Address:** 160.39.250.113 2008-03-25 15:47:39 EDT<br>**Case ID:** 163890650 |
| **Doe # 11** | **IP Address:** 160.39.250.81 2008-03-12 17:36:10 EDT<br>**Case ID:** 162292025 |
| **Doe # 12** | **IP Address:** 160.39.58.236 2008-03-14 21:14:03 EDT<br>**Case ID:** 162576391 |
| **Doe # 13** | **IP Address:** 209.2.48.159 2008-03-05 14:33:17 EST<br>**Case ID:** 161473527 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 13 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

**IP Address:** 160.39.111.182 2008-02-08 22:33:04 EST          **CASE ID#** 158509561

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 963

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Luther Vandross | Love Won't Let Me Wait | Any Love | 99-406 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E…So Addictive | 297-686 |
| Lava Records LLC | Simple Plan | Addicted | No Pads, No Helmets…Just Balls | 351-060 |
| Motown Record Company, L.P. | Commodores | Still | Midnight Magic | 10-629 |
| Virgin Records America, Inc. | D'Angelo | Untitled (How Does It Feel) | Voodoo | 280-480 |
| Arista Records LLC | Whitney Houston | All at Once | Whitney Houston | 60-716 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Forever | Daydream | 215-243 |
| Capitol Records, Inc. | Coldplay | Don't Panic | Parachutes | 328-762 |
| UMG Recordings, Inc. | Mariah Carey | Through the Rain | Through the Rain (single) | 321-443 |
| Elektra Entertainment Group Inc. | Keith Sweat | Nobody | Keith Sweat | 226-496 |

# EXHIBIT A

**IP Address:** 160.39.115.9 2008-02-19 11:31:13 EST          **CASE ID#** 159734424

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 599

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Keith Sweat | Twisted | Keith Sweat | 226-496 |
| Elektra Entertainment Group Inc. | Bjork | Aurora | Vespertine | 313-809 |
| Elektra Entertainment Group Inc. | Bjork | All is Full of Love | Homogenic | 245-199 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| Arista Records LLC | Whitney Houston | Why Does It Hurt So Bad | Waiting to Exhale Soundtrack | 219-539 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| BMG Music | Alicia Keys | Diary | The Diary of Alicia Keys | 346-869 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |

# EXHIBIT A

**IP Address:** 160.39.137.81 2008-02-23 22:39:06 EST          **CASE ID#** 160230755

**P2P Network:** GnutellaUS          **Total Audio Files:** 593

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Ryan Cabrera | Take It All Away | Take It All Away | 369-515 |
| Interscope Records | Enrique Iglesias | Be With You | Enrique | 214-257 |
| Capitol Records, Inc. | Billy Idol | White Wedding | Billy Idol | 39-673 |
| Capitol Records, Inc. | Kylie Minogue | Love at First Sight | Fever | 322-960 |
| Warner Bros. Records Inc. | Green Day | Wake Me Up When September Ends | American Idiot | 362-125 |
| Interscope Records | Enrique Iglesias | Bailamos | Wild Wild West Soundtrack | 265-773 |
| Elektra Entertainment Group Inc. | The Cure | Six Different Ways | The Head On The Door | 65-872 |
| UMG Recordings, Inc. | Weezer | Island in the Sun | Weezer (Green Album) | 297-030 |
| Interscope Records | Enrique Iglesias | Hero | Escape | 303-794 |
| UMG Recordings, Inc. | Weezer | El Scorcho | Pinkerton | 226-562 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO.                 DATE FILED | |

| PLAINTIFF<br>BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 13 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

**IP Address:**  160.39.138.154 2008-03-17 03:25:57 EDT          **CASE ID#** 162856713

**P2P Network:**  GnutellaUS                                      **Total Audio Files:** 1566

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | The Power of Love | The Colour of My Love | 191-558 |
| UMG Recordings, Inc. | 50 Cent | In da Club | In Da Club (single) | 323-562 |
| Zomba Recording LLC | Ciara | Oh | Goodies | 355-316 |
| Warner Bros. Records Inc. | Michael Buble | Save the Last Dance For Me | It's Time | 370-205 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |
| Capitol Records, Inc. | Dirty Vegas | Days Go By | Dirty Vegas | 321-027 |
| UMG Recordings, Inc. | Montell Jordan | Get It On Tonite | Get It On Tonite (single) | 272-061 |
| Interscope Records | Enrique Iglesias | Hero | Escape | 303-794 |

# EXHIBIT A

**IP Address:** 160.39.139.192 2008-03-14 08:38:45 EDT             **CASE ID#** 162506709

**P2P Network:** GnutellaUS                                        **Total Audio Files:** 315

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Warner Bros. Records Inc. | Disturbed | Liberate | Believe | 316-958 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | Sting | Desert Rose | Brand New Day | 271-015 |
| Zomba Recording LLC | Three Days Grace | I Hate Everything About You | Three Days Grace | 338-429 |
| BMG Music | Alicia Keys | Diary | The Diary of Alicia Keys | 346-869 |
| UMG Recordings, Inc. | Rise Against | Tip The Scales | Siren Song Of The Counter Culture | 355-243 |
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |
| Warner Bros. Records Inc. | Avenged Sevenfold | Seize The Day | City Of Evil | 374-368 |

# EXHIBIT A

**IP Address:** 160.39.176.156 2008-03-14 22:00:09 EDT          **CASE ID#** 162579725

**P2P Network:** GnutellaUS          **Total Audio Files:** 486

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Oasis | The Importance Of Being Idle | Don't Believe The Truth | 377-549 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Don't Look Back In Anger | (What's The Story) Morning Glory | 289-141 |
| UMG Recordings, Inc. | Ludacris | Roll Out | Roll Out (single) | 303-066 |
| Capitol Records, Inc. | Coldplay | Trouble | Parachutes | 328-762 |
| LaFace Records LLC | Usher | How Do I Say | 8701 | 307-207 |
| Warner Bros. Records Inc. | Michael Buble | Home | Home (single) | 370-204 |
| Elektra Entertainment Group Inc. | Eagles | Life in the Fast Lane | Hotel California | N38950 |
| Warner Bros. Records Inc. | Fleetwood Mac | Tusk | Tusk (single) | 12-408 |

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
| --- | --- |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** | |
| --- | --- | --- |
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>**BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 13** | |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| --- | --- | --- |
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
| --- | --- | --- |
| | ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
| --- | --- | --- |
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

**EXHIBIT A**

**IP Address:** 160.39.180.169 2008-02-08 00:44:29 EST          **CASE ID#** 158423778

**P2P Network:** GnutellaUS          **Total Audio Files:** 227

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | The Pussycat Dolls | Stickwitu | PCD | 377-102 |
| BMG Music | SWV | I'm So Into You | It's About Time | 146-905 |
| UMG Recordings, Inc. | Mary J. Blige | Real Love | What's The 411? | 149-212 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Emotions | Emotions | 134-831 |
| Warner Bros. Records Inc. | Madonna | Cherish | Like A Prayer | 106-808 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | All By Myself | Falling Into You | 224-159 |

## EXHIBIT A

**IP Address:** 160.39.225.250 2008-03-09 12:15:59 EDT          **CASE ID#** 161899128

**P2P Network:** BitTorrentUS          **Total Audio Files:** 19

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Barenaked Ladies | The Old Apartment | Born on a Pirate Ship | 261-190 |
| Warner Bros. Records Ino. | Barenaked Ladies | Falling For The First Time | Maroon | 288-335 |
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| Warner Bros. Records Inc. | Barenaked Ladies | Be My Yoko Ono | Gordon | 146-343 |
| Warner Bros. Records Inc. | Barenaked Ladies | A | Maybe You Should Drive | 196-455 |

## EXHIBIT A

**IP Address:** 160.39.242.59 2008-03-25 02:18:08 EDT          **CASE ID#** 163823385

**P2P Network:** GnutellaUS          **Total Audio Files:** 860

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Justin Timberlake | Like I Love You | Like I Love You (single) | 321-888 |
| BMG Music | Jamie Foxx | Warm Bed | Unpredictable | 374-820 |
| UMG Recordings, Inc. | Dru Hill | How Deep Is Your Love | Enter the Dru | 290-402 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Cowboy Take Me Away | Fly | 275-086 |

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO.         DATE FILED | |

| PLAINTIFF<br>BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 13 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

# EXHIBIT A

**IP Address:** 160.39.250.113 2008-03-25 15:47:39 EDT     **CASE ID#** 163890650

**P2P Network:** GnutellaUS     **Total Audio Files:** 588

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Shakira | La Pared | Fijacion Oral Vol. 1 | 372-418 |
| Warner Bros. Records Inc. | Madonna | Like a Prayer | Like A Prayer (single) | SRu 148-149 |
| Capitol Records, Inc. | Coldplay | In My Place | A Rush of Blood to the Head | 322-958 |
| UMG Recordings, Inc. | Black Eyed Peas | My Humps | Monkey Business | 378-166 |
| Capitol Records, Inc. | Coldplay | Yellow | Parachutes | 328-762 |
| Arista Records LLC | Air Supply | Lost in Love | Lost In Love | 38-070 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| Warner Bros. Records Inc. | Fleetwood Mac | You Make Loving Fun | Rumours | N39857 |
| Capitol Records, Inc. | Bonnie Raitt | You | Longing In Their Hearts | 221-613 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |

# EXHIBIT A

**IP Address:** 160.39.250.81 2008-03-12 17:36:10 EDT                    **CASE ID#** 162292025

**P2P Network:** BitTorrentUS                                            **Total Audio Files:** 19

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Barenaked Ladies | The Old Apartment | Born on a Pirate Ship | 261-190 |
| Warner Bros. Records Inc. | Barenaked Ladies | Falling For The First Time | Maroon | 288-335 |
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| Warner Bros. Records Inc. | Barenaked Ladies | Be My Yoko Ono | Gordon | 146-343 |
| Warner Bros. Records Inc. | Barenaked Ladies | A | Maybe You Should Drive | 196-455 |

## EXHIBIT A

**IP Address:**  160.39.58.236 2008-03-14 21:14:03 EDT                    **CASE ID#** 162576391

**P2P Network:**  GnutellaUS                                                          **Total Audio Files:** 263

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | A Tribe Called Quest | Oh My God | Midnight Marauders | 185-359 |
| UMG Recordings, Inc. | Mariah Carey | We Belong Together | The Emancipation of Mimi | 370-795 |
| Atlantic Recording Corporation | Brandy | Afrodisiac | Afrodisiac | 370-673 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | You Rock My World | Invincible | 304-780 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I Drove All Night | One Heart | 331-435 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| BMG Music | Angie Stone | Easier Said Than Done | Mahogany Soul | 303-830 |
| UMG Recordings, Inc. | Mariah Carey | Through the Rain | Through the Rain (single) | 321-443 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 13 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

**IP Address:** 209.2.48.159 2008-03-05 14:33:17 EST

**CASE ID#** 161473527

**P2P Network:** GnutellaUS

**Total Audio Files:** 1052

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Chevelle | One Lonely Visitor | Wonder What's Next | 324-184 |
| Interscope Records | Eminem | Drug Ballad | The Marshall Mathers LP | 287-944 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Can't Take My Eyes Off of You | The Miseducation of Lauryn Hill | 254-183 |
| Elektra Entertainment Group Inc. | MC Lyte | Ruffneck | Ain't No Other | 168-042 |
| Interscope Records | Truth Hurts | Addictive | Truthfully Speaking | 317-059 |